Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RHODA C. JAQUES v. SCHUYLER C. JAQUES.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RHODA C. JAQUES v. SCHUYLER C. JAQUES. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

POCANTICO REALTY CORPORATION v. RICHARD BURKE.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE B. WARD v. PATRICK A. POWERS.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of NORTH ATLANTIC INSURANCE COMPANY. (Claim of GRAHAM BROTHERS AKTIEBOLAG.)— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of LIBERTY MARINE INSURANCE COMPANY. (Claim of GRAHAM BROTHERS AKTIEBOLAG.)— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM P. RILEY v. JAMES M. KELLY.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so that the appeal can be argued on or before January 6, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS KOPLOWITZ v. " BERNARD." WATKINS, First Name " BERNARD " Fictitious, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HYMAN ROSENBERG, as Treasurer, etc., v. EDWARD HUTMACHER and Another, Copartners, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAVID WESSON, as Trustee, etc., v. LOUIS BAZAKIS and Another, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATIONAL SURETY COMPANY v. THE SEABOARD NATIONAL BANK and THE NEW YORK TRUST COMPANY and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JONES, MAURY & SMITH v. AARON EISEMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SANCOURT REALTY CORPORATION v. ABRAHAM HARRISON.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.